IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP

| | | |
|---|---|---|
| MARIA HUAMANI, AYDE RAMIREZ, AND MANUEL COREAS, *on behalf of themselves and all others similarly situated* | ) ) ) | |
| | ) | Case No.:  2:17-cv-00379-LDW-GRB |
| Plaintiffs, | ) | |
| | ) | Honorable Judge Leonard D. Wexler |
| vs. | ) | |
| | ) | Magistrate Judge Gary R. Brown |
| PRESTIGE INDUSTRIES, LLC D/B/A PRESTIGE CORP. | ) ) | |
| | ) | |
| Defendant. | | |

**NOTICE OF PENDENCY OF CASE UNDER CHAPTER 11 OF THE FEDERAL BANKRUPTCY CODE AND OF AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that on January 30, 2017, Defendant PRESTIGE INDUSTRIES, LLC filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Case").  A true and correct copy of Defendant's Voluntary Petition (without the accompanying exhibits) is attached hereto as Exhibit A.  The Bankruptcy Case is pending before the Honorable Kevin Gross under Case No. 17-10186-KG.

**PLEASE TAKE FURTHER NOTICE** that as a result of the pendency of the Bankruptcy Case, the instant action against Prestige Industries, LLC is subject to the automatic stay set forth in 11 U.S.C. § 362.  Pursuant to 11 U.S.C. § 362, the present action may not proceed.  The automatic injunction granted by 11 U.S.C. § 362(a) will remain in effect until the Bankruptcy Case is dismissed or closed, or until such earlier times as set forth in 11 U.S.C. § 362(c), (d), (e) or (f).

2

Date:   February 14, 2017                    Respectfully submitted,


                                     By:      /s/ Craig R. Annunziata
                                             One of the Attorneys for Defendant
                                             PRESTIGE INDUSTRIES, LLC


Craig R. Annunziata
FISHER & PHILLIPS LLP
10 S. Wacker Drive; Suite 3450
Chicago, IL 60606
(312) 346-8061 (t)
(312) 346-3179 (f)


2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 14, 2017, I electronically filed the foregoing **NOTICE OF PENDENCY OF CASE UNDER CHAPTER 11 OF THE FEDERAL BANKRUPTCY CODE AND OF AUTOMATIC STAY** with the Clerk of the Court using the CM/ECF system, effectuating service on the following attorneys of record:

Garrett D. Kaske
Troy K, Kessler
SHULMAN KESSLER LLP
534 Broadhollow Road
Suite 274
Melville, NY 11747
*Attorneys for Plaintiffs*

thereby serving the same upon them.

/s/ Craig R. Annunziata

Craig R. Annunziata
FISHER & PHILLIPS LLP
10 S. Wacker Drive; Suite 3450
Chicago, IL 60606
(312) 346-8061 (t)
(312) 346-3179 (f)

FPDOCS 32631530.1